

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00203-CR

_____

MICHAEL ISSAC WORDEN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 44,524-A

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Michael Issac Worden has filed a motion to dismiss this appeal. The motion was signed by both Worden and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion.

Accordingly, we dismiss this appeal.


Josh R. Morriss, III
Chief Justice


Date Submitted:     May 5, 2016
Date Decided:       May 6, 2016

Do Not Publish